**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| MORGAN STANLEY DW, INC. ) | |
| f/k/a DEAN WITTER ) | |
| REYNOLDS, INC. ) | |
| t/a MORGAN STANLEY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|      v. ) | **Civil Action No.:  JFM-01-cv-2241** |
| ) | |
| JOHN S. CRAIN, ) | |
| ) | |
|    Defendant. ) | |

### STIPULATION OF DISMISSAL

The plaintiff hereby voluntarily dismisses this matter, pursuant to Fed. R. Civ. P. 41(a)(i),

with prejudice and without award of costs or expenses.

Respectfully submitted,

David B. Hamilton (Bar No. 04808)
E. John Steren (Bar No. 11379)
Harold G. Belkowitz (Bar No. 13031)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W.
Washington, D.C.  20005-3324
(202) 408-8400
(202) 408-0640 (fax)

<u>Certificate of Service</u>

I certify that a copy of the foregoing was sent by facsimile or first class mail, postage pre-paid (as indicated below) this ⟨27th⟩ day of August, 2001 to:

John S. Crain
104 Royalty Circle
Owings Mills, MD 21117-4441
(by first class mail, postage pre-paid)

Steve Camp, Esquire
(804) 782-4131 facsimile
(by facsimile)

Harold G. Belkowitz

98761